UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:

```
                              )
Benjamin Edward Albritton  )        Chapter 13
        Debtor             )        Case No. 18-10551
                              )
```

**ORDER RE:   MOTION OF BAYCOAST BANK FOR RELIEF
FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND
FROM THE CO-DEBTOR STAY PURSUANT TO 11 U.S.C. § 1301**

Upon consideration of the Motion For Relief From The Automatic Stay and From The Co-Debtor Stay filed by BayCoast Bank f/k/a formerly known as Citizens-Union Savings Bank ("BayCoast"), pursuant to 11 U.S.C. § 362(c), 11 U.S.C. § 362(d) and 11 U.S.C. 1301, regarding Property of the Debtor (owned as a tenant in common with Carlton C. Albritton, Jr.) located at 258 Seaview Avenue, Swansea, MA 02777, as described in a deed recorded at the Bristol County Fall River District Registry of Deeds in Book 7441, Page 313, with notice having been given to the above Debtor and all other parties in interest and good cause appearing therefore, it is hereby

ORDERED that BayCoast's Motion For Relief From The Automatic Stay and From The Co-Debtor Stay is ALLOWED and BayCoast is GRANTED relief from the automatic stay pursuant to 11 U.S.C. § 362(c), 11 U.S.C. § 362(d) and from the co-debtor stay pursuant to 11 U.S.C. 1301, so that BayCoast and its successors and assigns, may proceed to exercise its rights and remedies under its Note, Mortgage and Assumption and Loan Modification Agreement and applicable state law, including without limitation, the exercise of its right to foreclose its Mortgage and conduct a sale of the Property of the Debtor (owned as a tenant in common with Carlton C. Albritton, Jr.) located at 258 Seaview Avenue, Swansea, MA 02777,

{BD117026}

and that this ORDER shall be effective immediately notwithstanding the provisions of

Fed.R.Bankr.P. 4001(a)(3).

At _Boston_ this 20th day of _July_ , 2018.

Honorable Joan N. Feeney
United States Bankruptcy Judge